**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
────────────────────────────────

**UNITED STATES OF AMERICA**

     - against -                    17-cr-402-2 (JGK)

**JASON EDWARDS, ET AL.,**             <u>**ORDER**</u>

           **Defendants.**
────────────────────────────────

**JOHN G. KOELTL, District Judge:**

    In response to defense counsel's letter dated May 19, 2020, the Court appoints Thomas F.X. Dunn as new counsel from the CJA Panel for the defendant, Jason Edwards.

**SO ORDERED.**

**Dated:**    **New York, New York**
           **May 20, 2020**          /s/ John G. Koeltl
                                            _____
                                              **John G. Koeltl**
                                   **United States District Judge**