**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
───────────────────────────────

**UNITED STATES OF AMERICA**

      **- against -**                         17-cr-402-2 (JGK)

**JASON EDWARDS, ET AL.,**               <u>**ORDER**</u>

            **Defendants.**
───────────────────────────────

**JOHN G. KOELTL, District Judge:**

    The Government should respond to the defendant's application for compassionate release by July 6, 2020. The defendant may reply by July 13, 2020.

**SO ORDERED.**

**Dated:**    **New York, New York**
           **June 26, 2020**                  /s/ John G. Koeltl
                                          **John G. Koeltl**
                                  **United States District Judge**