**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA**

       - against -                       17-cr-402-2 (JGK)

**JASON EDWARDS, ET AL.,**                <u>**ORDER**</u>

             **Defendants.**

---

**JOHN G. KOELTL, District Judge:**

    The Government should provide the following information by July 20, 2020. What is the Government's best information about the incidence of COVID-19 at the Cayuga County Jail?

**SO ORDERED.**

**Dated:**    **New York, New York**
            **July 16, 2020**                  /s/ John G. Koeltl
                                                **John G. Koeltl**
                                     **United States District Judge**