UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

        -against-                                           17 cr 402 (JGK)

JASON EDWARDS,                                      **ORDER**
                      Defendant.
------------------------------------------------------------X

      The defendant, Jason Edwards, has applied for bail, during the pendency of the violation of supervised release. The Government has submitted its opposition. The Probation Department has indicated that it agrees with the Government's position on bail.

      A bail hearing will be held on **Thursday, May 26, 2022, at 12:00pm.**

**SO ORDERED.**

                                                        **JOHN G. KOELTL**
                                         **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
        May 16, 2022