# LAW OFFICE OF ANTHONY STRAZZA
245 MAIN STREET, SUITE 420, WHITE PLAINS, NY 10601
OFFICE: 914.428.3700 ♦ FAX: 914.517.5912 ♦ AS@STRAZZALAW.COM

September 7, 2022

Honorable John G. Koeltl
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York   10007

*[Handwritten: Conference adjourned to 9/21/22 at 2:30 P.M. So ordered. /s/ JGK(oeltl) USDJ 9/7/22]*

Re:  United States v. Jason Edwards
     17 CR 402 (JGK)

Dear Judge Koeltl:

    I was recently assigned as substitute counsel for defendant, Jason Edwards. This matter is scheduled for a conference on September 8, 2022. I am writing with the consent of the Government to respectfully request an adjournment of this proceeding. I need more time to meet with Mr. Edwards to discuss this matter, as well as his wishes moving forward. I understand that there is a pending bail motion, however, I have also been made aware of the existence of new evidence that Mr. Edwards was not aware of when the motion was made. I am specifically requesting that this matter be adjourned to September 21, 2022 (anytime) or the afternoon of September 22, 2022 for a status conference. This represents my first request of this kind.

    The Court's time and attention to this request are very much appreciated.

*Respectfully submitted,*

-s-

Anthony Strazza, Esq.

cc:   AUSA Andrew Chan